UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| IRVIN RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT W. FOX, Warden,<br><br>    Respondent. | Case No. EDCV 16-02350 ODW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: _January 4, 2018

OTIS D. WRIGHT, II
United States District Judge