JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| IRVIN RODRIGUEZ, | Case No. EDCV 16-02350 ODW (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT W. FOX, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: January 4, 2018

_____
OTIS D. WRIGHT, II
United States District Judge